No. 78–1577.  SEARS, ROEBUCK & Co. v. COUNTY OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  [Certiorari granted, 444 U. S. 823.]  Judgment affirmed by an equally

divided Court. JUSTICE STEWART took no part in the consideration or decision of this case.